IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



RONALD A. GRIESACKER,  )
                       )
            Petitioner, )
                       )
     v.                ) CASE NO. 95-3077-DES
                       )
STATE OF KANSAS,       )
                       )
            Respondent. )
_____)

**O R D E R**

Before the court is petitioner's MOTION FOR INTERLOCUTORY APPEAL TO THE FEDERAL DISTRICT COURT OF KANSAS AT TOPEKA, KANSAS AND NOTICE OF REMOVAL FROM SHAWNEE COUNTY DISTRICT COURT TO DISTRICT FEDERAL COURT OF KANSAS (Doc. 1) as modified by Document 4. Also before the court is petitioner's DEMAND FOR WRIT OF MANDAMUS TO THE FEDERAL DISTRICT COURT OF KANSAS FOR DISTRICT OF KANSAS AT TOPEKA, KANSAS, PURSUANT TO 28 U.S.C. § 1361 (Doc. 2) as modified by Document 3.

Petitioner proceeds pro se in this action. Having reviewed the record, the court concludes this matter should be dismissed.

Petitioner's pleadings indicate that petitioner is involved in a dispute with the Motor Vehicles Division of the Kansas Department of Revenue regarding petitioner's drivers license. It appears petitioner seeks relief from state administrative and/or state judicial proceedings, based upon petitioner's allegations of pervasive constitutional error by state actors in stopping petitioner on the highway, confiscating his vehicle, and suspending

or revoking petitioner's drivers license. No specific state court case is identified, although petitioner states he has state documentation that can be produced.

Petitioner seeks federal judicial intervention in a pending or future state court proceeding. Nothing in the record convinces the court that such intervention would be appropriate or warranted in this case. Petitioner's request for mandamus relief is denied.

To the extent petitioner's pleadings are liberally construed as a petition for habeas corpus relief, Haines v. Kerner, 404 U.S. 519, 520-21 (1972), the court finds it apparent on the face of the pleadings that it is unnecessary for the court to order state officials to show cause why a writ of habeas corpus should not be entered in this matter. 28 U.S.C. § 2243.

IT IS THEREFORE ORDERED that petitioner's request for judicial intervention in state court proceedings, mandamus relief, and habeas corpus relief is denied.

DATED: This 10 day of March, 1995 at Topeka, Kansas.

/s/   DALE E. SAFFELS
DALE E. SAFFELS
United States District Judge

DES:CH

2

AO 72A
(Rev. 8/82)